UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| RIDDICK ALEXANDER HARLEY, | ) | Civil Action No. 6:14-cv-03451-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security (Commissioner), by her undersigned attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara Bowens, Assistant United States Attorney for said district, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter judgment with an order remanding the case to the Commissioner for further administrative proceedings.[1]

On order of the Court, the Appeals Council will remand the case to an administrative law judge (ALJ) for further proceedings, directing the ALJ to further evaluate the severity of the Plaintiff's tremors. In addition, the ALJ will consider Plaintiff's residual functional capacity, evaluate the physical and mental demands of Plaintiff's past relevant work, and compare Plaintiff's residual functional capacity with the physical and mental demands of his past relevant work pursuant to Social Security Ruling 82-62.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

1

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby:

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**AND IT IS SO ORDERED.**

                                             s/Mary G. Lweis
                                             Mary G. Lewis
                                             United States District Judge

June 11, 2015