IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RIDDICK ALEXANDER HARLEY,  )<br>    Plaintiff,  )<br>  )<br>-versus-  )<br>  )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner Social  )<br>Security Administration,  )<br>    Defendant.  )<br>_____)  | C/A No. 6:14-cv-3451-MGL<br><br>**ORDER** |

This matter is before the court upon motion of Plaintiff, through his attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 28). Plaintiff's motion seeks reimbursement for his Counsel's representation in the captioned matter in the amount of $2,831.70 in attorney's fees at the rate of $187.53 per hour for 15.1 hours of work in federal court. Defendant's response to Plaintiff's motion notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein. The court has reviewed Plaintiff's Counsel's fee petition that was submitted and finds the request for fees reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $2,831.70.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

1

**IT IS SO ORDERED.**

                                                   s/Mary Geiger Lewis
                                                   Mary Geiger Lewis
                                                   United States District Judge

August 6, 2015
Spartanburg, South Carolina